Case Name:  DITTBENNER, CAROL L.
            FKA CAROL L. SCHMUGGEROW
Case No:    05-74448

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 2/14/08                              WILLIAM T. NEARY
                                            United States Trustee, Region 11


                              BY:    /s/ Carole J. Ryczek
                                     CAROLE J. RYCZEK
                                     Attorney for the U.S. Trustee