IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>DITTBENNER, CAROL L | CHAPTER 7 -- Liquidation |
| FKA/ CARL L SCHMUGGEROW | CASE NO. 05-74448 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID Number: xxx-xx-3345 | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR <u>COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)</u>

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL  61101

   on:  MARCH 17, 2008
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  0.00 | | 23.40 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  0.00 | 654.50 | |
| BERNARD J. NATALE<br>Trustee | $  0.00 | 1,447.73 | |

4. The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 6,977.34 |
| b. Disbursements | $ | 3.17 |
| c. Net Cash Available for Distribution | $ | 6,974.17 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $4,848.54, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $4,436.59, resulting in an approximate distribution of 100.00% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: February 11, 2008

For the Court,

By:/s/ BERNARD J NATALE

Trustee

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: mreilly                  Page 1 of 2            Date Rcvd: Feb 20, 2008
Case: 05-74448                 Form ID: pdf002                Total Served: 38

The following entities were served by first class mail on Feb 22, 2008.
db           +Carol L Dittbenner,    1022 West 5th Street,    Belvidere, IL 61008-5008
aty          +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,    Loves Park, IL 61111-5002
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
9746739      +ACADEMY COLLECTION SERVICE, INC.,    10965 Decatur Rd.,    Philadelphia, PA 19154-3294
9746741      +ALLIANCE ONE, INC.,    1684 Woodlands Dr., Suite 150,    Maumee, OH 43537-4026
9746742       ASSET PROTECTION & RECOVERY,    SOLUTIONS, L.L.C.,    P.O. Box 780,    Sun Prairie, WI 53590-0780
9746743       BALOGH BECKER, LTD,    4150 Olson Memorial Hwy Suite 200,    Minneapolis, MN 55422-4811
9746744       CAMELOT RADIOLOGY,    P.O. Box 2484,    Indianapolis, IN 46206-2484
9746745      +CITI CARDS,    P.O. Box 6000,    The Lakes, NV 89163-0001
9746746      +CLIENT SERVICES, INC.,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
9746747      +COLLECT AMERICA,    1999 Broadway, Suite 3850,    Denver, CO 80202-5703
9746749      +CREDIT COLLECTION SERVICES,    Two Wells Avenue,    Newton, MA 02459-3246
9746750      +CREDIT PROTECTION ASSOCIATION,    13355 Noel Road,    Dallas, TX 75240-6602
9746751      +CRUSADER CLINIC,    1200 West State Street,    Rockford, IL 61102-2112
10710207     +Citibank (South Dakota)/Choice,    Exception Payment Processing,    POB 6305,
               The Lakes NV 88901-6305
9746752       DENNIS BREBNER & ASSOCIATES,    860 Northpoint Blvd.,    Waukegan, IL 60085-8211
9746753       ENCORE RECEIVABLE MANAGEMENT, INC.,    P.O. Box 3330,    Olathe, KS 66063-3330
9746754      +HARVARD COLLECTION SERVICES, INC.,    4839 N. Elston Avenue,    Chicago, IL 60630-2589
9746756      +MARATHAN ASHLAND,    539 South Main Street,    Findlay, OH 45840-3229
9746757     +++MARATHON Petroleum Company,    Attn:Credit Card Ctr.,    POB 81,    Findlay OH 45839-0081
9746758      +MARK A. JIMENEZ,    12436 Skye Drive,    Loves Park, IL 61111-8918
9746759      +MUTUAL MANAGEMENT SERVICES,    401 E. State St., 2nd Floor,    P.O. Box 4777,
               Rockford, IL 61110-4777
9746760      +NCO FINANCIAL SYSTEMS,    507 Prudential Road,    Horsham, PA 19044-2368
9746762      +NORTHLAND GROUP, INC.,    P.O. Box 390857,    Edina, MN 55439-0857
9746763      +OSF LIFELINE AMBULANCE,    1706 Rural Street,    Rockford, IL 61107-3139
9746764       OSF ST. ANTHONY MEDICAL CENTER,    5666 E. State Street,    Rockford, IL 61108-2472
9746765      +PERRYVILLE SURGICAL ASSOCIATES,    1848 Daimler Road,    Rockford, IL 61112-1019
9746766      +PHYSICIANS IMMEDIATE CARE,    11475 North Second Street,    Machesney Park, IL 61115-1285
9746767      +ROCKFORD MERCANTILE AGENCY,    2502 S. Alpine Road,    Rockford, IL 61108-7813
9746768       ROCKFORD ORTHOPEDIC APPLIANCE,    422 E. State Street,    Rockford, IL 61104-1079
9746769       SCA/RAVA GIRL,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
9746770       SEVENTH AVENUE,    1112 Seventh Avenue,    Monroe, WI 53566-1364
9746771       UNIVERSAL CARD SERVICES,    8787 Baypine Road,    Jacksonville, FL 32256-8528
9746772     +++VERIZON WIRELESS Midwest,    AFNI/Verizon Wireless,    404 Brock Dr,    Bloomington IL 61701-2654
9746773      +WFNNB,    P.O. Box 29185,    Shawnee Mission, KS 66201-9185
The following entities were served by electronic transmission on Feb 21, 2008.
9746740       E-mail/PDF: recoverybankruptcy@afninet.com Feb 21 2008 04:05:39     AFNI,    P.O. Box 3517,
               Bloomington, IL 61702-3517
9746748      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
               COMMONWEALTH EDISON COMPANY,    Attention: Credit Department,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
9746761      +E-mail/Text: bankrup@nicor.com                            NICOR GAS COMPANY,    P.O. Box 549,
               Aurora, IL 60507-0549
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9746755       JACQUELINE POLLAK,    Address Unknown
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
                                                                                   TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-3          User: mreilly              Page 2 of 2              Date Rcvd: Feb 20, 2008
Case: 05-74448                Form ID: pdf002            Total Served: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2008**            **Signature:**   _/s/ Joseph Speetjens_