# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| DITTBENNER, CAROL L | |
| | CASE NO. 05-74448 MB |
| FKA/ CARL L SCHMUGGEROW | |
| | JUDGE MANUEL BARBOSA |
| Debtor(s) | |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate. *(With the exception of check no. 1001 made payable to International Sureties, Ltd., in the amount of $3.12 which was voided and is enclosed.)

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: MAY 27, 2008                    /S/ BERNARD J NATALE
                                       BERNARD J. NATALE, TRUSTEE

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: June 3, 2008                    WILLIAM T NEARY
                                       United States Trustee

                                       By: _____
                                       Carole J Ryczek, Attorney for the U.S. Trustee